EXHIBIT
"A"

Title Number    PNTSS18278S

# Pro National Title Agency, LLC
6901 Jericho Turnpike, Suite 210, Syosset, NY 11791
516-677-9757  Fax # 516-677-9792

| | |
|---|---|
| **DATE:** | December 4, 2017 |
| **CERTIFIES TO:** | Allan Mendelsohn |
| **TITLE NUMBER:** | PNTSS18278S |
| **PREMISES:** | 10 Wagon Lane<br>East Hampton, NY 11937 |
| **COUNTY:** | **Suffolk** |

In Connection with the above, please be advised that a **JUDGMENT & LIEN SEARCH** of the records of the County of Suffolk as of 10/26/2017 disclosed the following:

## JUDGMENTS AND LIENS

**Susan Levin** has been run for judgments, liens and the following has been found:
- Judgments and Liens: Three (3) Federal Tax Liens; 3 Judgments and One (1) Open Bankruptcy Case – see herein.

We trust this information is sufficient, however if there are any questions, please do not hesitate to contact us.

The underlying liability for the above information is limited to $ 1,000.00.

## Pro National Title Agency, LLC

Enclosures

The information contained herein has been compiled from sources and by persons deemed reliable, the accuracy of which is in no way guaranteed.

106070

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br>308815906 | For Optional Use by Recording Office |
|---|---|---|

93537

2006 AUG 15 AM 11:46
SUFFOLK COUNTY CLERK

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  SUSAN LEVIN

Residence  10 WAGON LN
EAST HAMPTON, NY 11937-6410

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1990 | XXX-XX-1069 | 06/03/1991 | N/A | 68591.20 |
| 1040 | 12/31/1991 | XXX-XX-1069 | 09/21/1992 | N/A | 11035.25 |
| 1040 | 12/31/1992 | XXX-XX-1069 | 04/11/1994 | N/A | 160159.45 |
| 1040 | 12/31/1993 | XXX-XX-1069 | 11/14/1994 | N/A | 71377.23 |
| 1040 | 12/31/1994 | XXX-XX-1069 | 11/20/1995 | N/A | 97293.49 |
| 1040 | 12/31/1995 | XXX-XX-1069 | 11/25/1996 | 12/25/2006 | 54724.56 |

Place of Filing
Suffolk County Clerk
Suffolk County
Riverhead, NY 11901

Total $ 463181.18

This notice was prepared and signed at   MANHATTAN, NY  , on this,
the  09th  day of  August , 2006.

| Signature  R. A. Mitchell<br>for THERESA HARLEY | Title ACS<br>(800) 829-3903 | 21-00-0008 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X



SUFFOLK COUNTY CLERK
RECORDS OFFICE
RECORDING PAGE

Type of Instrument: FEDERAL TAX LIEN - IRS PAYMENT   Filed:    02/04/2015
Number of Pages: 0                                   At:       01:06:39 PM
Receipt Number : 15-0014303                          Lien Num: LFED00020593
Tax Map #       :
                    EXAMINED AND CHARGED AS FOLLOWS
Lien Fee    :            $40.00

Received the Following Fees For Above Instrument
                              Exempt     NO
                              Fees Paid            $40.00

THIS PAGE IS A PART OF THE INSTRUMENT
THIS IS NOT A BILL

JUDITH A. PASCALE
County Clerk, Suffolk County

| | 11874 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | | **Notice of Federal Tax Lien** | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1 Lien Unit Phone: (800) 829-3903 | Serial Number 140564715 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** ROBERT & SUSAN LEVIN

**Residence** 10 WAGON LN
EAST HAMPTON, NY 11937-6410

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2006 | | 12/17/2007 | 01/16/2018 | 3352.92 |
| 1040 | 12/31/2007 | | 04/27/2009 | 05/27/2019 | 5559.11 |
| 1040 | 12/31/2008 | | 11/09/2009 | 12/09/2019 | 325.88 |
| 1040 | 12/31/2009 | | 03/07/2011 | 04/06/2021 | 27677.69 |
| 1040 | 12/31/2010 | | 12/05/2011 | 01/04/2022 | 7743.40 |
| 1040 | 12/31/2012 | XXX-XX-8202 | 03/03/2014 | 04/02/2024 | 18380.93 |

**Place of Filing**
Suffolk County Clerk
Suffolk County
Riverhead, NY 11901

Total $ 63039.93

This notice was prepared and signed at MANHATTAN, NY, on this, the 23rd day of January, 2015.

Signature *Cheryl Cordero* for P.A. BELTON

Title ACS SBSE
(800) 829-3903

21-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X



SUFFOLK COUNTY CLERK
RECORDS OFFICE
RECORDING PAGE

Type of Instrument: FEDERAL TAX LIEN - IRS PAYMENT     Filed:     09/19/2017
Number of Pages: 0                                      At:        10:28:10 AM
Receipt Number : 17-0162826                             Lien Num:  LFED00026545
Tax Map #       :
                        EXAMINED AND CHARGED AS FOLLOWS
Lien Fee        :          $40.00

Received the Following Fees For Above Instrument
                                Exempt      NO
                                Fees Paid              $40.00

THIS PAGE IS A PART OF THE INSTRUMENT
THIS IS NOT A BILL

JUDITH A. PASCALE
County Clerk, Suffolk County

| | | | | | |
|---|---|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | 11874 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | | |
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1 Lien Unit Phone: (800) 829-3903 | | Serial Number 278148117 | | For Optional Use by Recording Office | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer ROBERT & SUSAN LEVIN

Residence 10 WAGON LN
EAST HAMPTON, NY 11937-6410

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2013 | XXX-XX- | 5/04/2015 | 06/03/2025 | 7853.36 |
| 1040 | 12/31/2014 | XXX-XX- | 1/23/2015 | 12/23/2025 | 5019.59 |
| 1040 | 12/31/2015 | XXX-XX- | 2/26/2016 | 01/25/2027 | 1503.52 |

Place of Filing
Suffolk County Clerk
Suffolk County
Riverhead, NY 11901

Total $ 14376.47

This notice was prepared and signed at MANHATTAN, NY , on this,

the 08th day of September, 2017.

Signature *Joan Flack* for P.A. PELTON

Title ACS SBSE
(800) 829-3903

21-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X



# Suffolk County Clerk's Office
## JUDGMENT - RETRIEVAL REPORT

**General Info for**    **Doc Date:** 2/1/2013    **Seq #:** 1056    **Doc Type:** JU_WARR_TRANSCR

| INDEX # | DT PERFECTED | COURT | COUNTY | SHERIFF FEES | AMOUNT ($) | COST ($) | TOTAL ($) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| E 000468621 W033 4 | 1/19/2013 9:00:00 AM | WARR | SUFFOLK | 0 | 3,049.78 | 0.00 | 3049.78 | |

### Debtor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| LEVIN | SUSAN | | 10 | WAGON | LN | | | EAST HAMPTON | NY | 11937 6410 |
| LEVIN | ROBERT | | 10 | WAGON | LN | | | EAST HAMPTON | NY | 11937 6410 |

### Creditor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| COMMISSIONER OF TAXATION & FINANCE | | | | CIVIL ENFORCEMENT C O ATC | | W A HARRIMAN STATE CAMPUS | | ALBANY | NY | 12227 0001 |



**Suffolk County Clerk's Office**

**JUDGMENT - RETRIEVAL REPORT**

11/30/2017  3:29:47 pm

General Info for  Doc Date: 2/27/2014  Seq #: 371  Doc Type: JUDGMENT

| INDEX # | DT PERFECTED | COURT | COUNTY | SHERIFF FEES | AMOUNT ($) | COST ($) | TOTAL ($) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 11 14461 | 2/27/2014 11:41:00 AM | SUP | SUFFOLK | 0 | 96,229.30 | 880.00 | 97109.3 | |

**Debtor Info**

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| ZARSKY | LARRY | | 9 | OLD SCHOOL HOUSE | LANE | | | EAST HAMPTON | NY | 11937 |
| LEVIN | ROBERT | | 10 | WAGON | LANE | | | EAST HAMPTON | NY | 11937 |
| LEVIN | SUSAN | | 10 | WAGON | LANE | | | EAST HAMPTON | NY | 11937 |
| ZARSKY | PATRICIA | | 9 | OLD SCHOOL HOUSE | LANE | | | EAST HAMPTON | NY | 11937 |

**Creditor Info**

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| ASTILEAN | ALEX | | | C/O JAMIE T CORIO ESQ | | P O BOX 2056 | 34 ALEWIRE BROOK RD | EAST HAMPTON | NY | 11937 |

**Attorney Info**

| Name | Street # | Street name | Street type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| JAMIE T CORIO ESQ | | P O BOX 2056 | | 34 ALEWIRE BROOK RD | | EAST HAMPTON | NY | 11937 |

# Suffolk County Clerk's Office

## JUDGMENT - RETRIEVAL REPORT



**General Info for**   **Doc Date:** 8/30/2017   **Seq #:** 661   **Doc Type:** JU_WARR_TRANSCR

| INDEX # | DT PERFECTED | COURT | COUNTY | SHERIFF FEES | AMOUNT ($) | COST ($) | TOTAL ($) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| E000468621 W0348 | 8/30/2017 | WARR | SUFFOLK | 0 | 1,009.48 | 0.00 | 1009.48 | ELECTRONICALLY FILED |

### Debtor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| LEVIN | SUSAN | AND/OR | | | | 10 WAGON LN | | EAST HAMPTON | NY | 119376410 |
| LEVIN | ROBERT | | | | | 10 WAGON LN | | EAST HAMPTON | NY | 119376410 |

### Creditor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| COMMISSIONER OF TAXATION & FINANCE | | | | WA HARRIMAN CAMPUS | | | | ALBANY | NY | 12227 |